# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2009

137087

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHAD LEE BROWNELL,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137087
COA: 275943
Gogebic CC: 05-000410-FH

_____/

On order of the Court, the application for leave to appeal the June 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2009

_____
Clerk

p0108